■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT LEE PARKER, Appellant.—Appeal by the defendant from a judgment of the County Court, Westchester County (Cowhey, J.), rendered June 8, 1984, convicting him of robbery in the first degree and robbery in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The identification charge given to the jury was proper (see, People v Whalen, 59 NY2d 273). Bracken, J. P., Weinstein, Rubin and Harwood, JJ., concur.